993 F.2d 878
 Resolution Trust Corporation, Conservator for Irving Federal
Savings and Loadn Association
v.
Beck (Donald), Mick (Peter R.) v. Resort Development Corp.,
U.S. Capitol Corp., U.S. Capitol Mortgage Corp., Resort
Hospitality Corp., Tomlin (Patrick), Payton (Richard W.),
Hrisko (William), Wisznat (Helen), Commonwealth Land Title,
Perskie & Nehmad; Resolution Trust Corp., Conservator for
Irving Federal Savings and Loan Association v. Beck
(Donald), U.S. Capital Mortgage
 NO. 92-5556
 United States Court of Appeals,
Third Circuit.
 Apr 20, 1993
 
 Appeal From: D.N.J.,
 Pollitan, J.
 
 
 1
 AFFIRMED.